**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> LIGHTINTHEBOX HOLDING CO., LTD., et al., <br><br>　　　　Defendants. | )<br>)<br>)　Case No. 16-cv-05314<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Exhibit 1 – Sealed Document Pursuant to LR26.2**

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Exhibit 1 will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 18th day of May 2016.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Kevin W. Guynn
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　kguynn@gbc.law
　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*
　　　　　　　　　　　　　　　　　　　*Luxottica Group S.p.A and Oakley, Inc.*